# IN THE SUPREME COURT OF THE STATE OF NEVADA

GABRIEL L. MARTINEZ; AND
UNIVERSAL PROTECTION SERVICES,
LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
and
DOUGLAS J. KENNEDY,
Real Party in Interest.

No. 84265

**FILED**

MAR 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order allowing the audio-recording of an NRCP 35 neuropsychological examination and an order declining to extend discovery deadlines.

Having considered the petition and supporting documents, we conclude that our extraordinary and discretionary intervention is not warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, this matter presents unique factual circumstances and thus does not fit within any exception to our general policy against considering writ petitions challenging discovery decisions, *see Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court*,

128 Nev. 224, 228, 276 P.3d 246, 249 (2012), and we are not persuaded that an appeal from the final judgment is an inadequate legal remedy, *see Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. Joseph Hardy, Jr., District Judge
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Cogburn Law Offices
Eighth District Court Clerk

_____

[1]In light of this order, petitioners' emergency motion for stay is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A